**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**TAMMY THOMPSON**                                                                         **Plaintiff**

v.                                                                     **CIVIL ACTION NO. 3:10CV91-M-A**

**HOLLY SPRINGS POLICE DEPARTMENT**
**and CITY OF HOLLY SPRINGS, MISSISSIPPI**                            **Defendants**

**ORDER**

Plaintiff has filed an unopposed motion for attorneys' fees in the above-entitled action. This is a Fair Labor Standards Act (FLSA) case in which plaintiff sought recovery for overtime work which she performed while working as a Holly Springs police officer between 2007 and 2009. This court served as the trier of fact in the April 9, 2012 bench trial, and it ruled for plaintiff and awarded her $6,000 in damages. In issuing its verdict, the court wrote that it "presume[d] that plaintiff will be entitled to recover attorneys' fees in this case, and she may, of course, file a post-trial motion seeking same." Plaintiff has, in fact, filed such a motion, in which her counsel has submitted proof and arguments in support of a request for $14,440.00 in attorneys' fees and expenses in the amount of $1,464.20. Defendant has chosen not to oppose this motion, and the court finds that it represents a reasonable request for attorneys' fees and is due to be granted.

It is therefore ordered that plaintiff's motion for attorneys' fees [30-1] is granted. Plaintiff is hereby awarded $14,440.00 in attorneys' fees and expenses in the amount of $1,464.20.

SO ORDERED, this the 12th day of March, 2013.

                                                  **/s/ MICHAEL P. MILLS**
                                                  **CHIEF JUDGE**
                                                  **UNITED STATES DISTRICT COURT**
                                                  **NORTHERN DISTRICT OF MISSISSIPPI**